[No. 11936–6–II. Division Two. July 17, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH L. HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 87–1–00091–4, Grant S. Meiner, J., entered April 21, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.


[No. 9378–6–III. Division Three. July 17, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL F. ROBERTSON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 88–1–00037–9, Dennis D. Yule, J., entered June 3, 1988. *Reversed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Munson, C.J., and Green, J.


[No. 9425–1–III. Division Three. July 17, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL G. BOFFING, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 88–1–00088–7, Dennis D. Yule, J., entered June 3, 1988. *Reversed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Munson, C.J., and Green, J.